THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LOUISE RACCIATTI, Appellant.

(Submitted March 25, 1929; decided April 16, 1929.)

*Vedo M. Candiello* for appellant.

*Guy W. Cheney, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.